IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| GORDON ROCK,<br><br>                Plaintiff,<br>vs.<br>HT RECOVERY, LLC, et al,<br><br>                Defendant. | Case No. 1:15-cv-00211-EJL<br><br>LITIGATION ORDER |

Pursuant to Local Rule 16.1, the parties shall meet and determine a joint litigation plan[1] outlining and/or agreeing to a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The parties must also meet and confer about (1) whether they might benefit from participating in some form of Alternative Dispute Resolution (ADR) process, (2) which type of ADR process is best suited to the specific circumstances in their case, and (3) when the most appropriate time would be for the ADR session to be held.

      **THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS**:

1. On or before **September 18, 2015**, the parties shall file with the court the joint Litigation Plan.
2. Initial disclosures shall be made by the parties pursuant to Federal Rules of Civil Procedure 26.1 and Local Rule 16.1.
3. A telephonic scheduling conference shall be held, if necessary, on **October 2, 2015**, at **10:00 a.m.** mountain time, for the purpose of confirming the deadlines proposed by the parties in the joint Litigation Plan and to set the matter for trial.

---

[1] A litigation plan form is attached and can also be found at www.id.uscourts.gov.

4. Plaintiff(s) shall initiate the conference call by placing it to Diane Chamberlain, Courtroom Deputy/Judicial Assistant, at 208-334-9270, and shall have all appropriate parties on the line.

5. Plaintiff(s) shall serve this Order on all parties.

DATED: **June 19, 2015**

Honorable Edward J. Lodge
U.S. District Judge

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| Plaintiff(s),<br>v.<br><br>Defendant(s). | Case No.<br>**LITIGATION PLAN**<br>**(Hon. Edward J. Lodge)** |

*Fed. R. Civ. P. 26(f) requires the parties meet and confer for the purposes of outlining and/or agreeing to a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court prefers the parties select a case management track, anticipate the amount of time needed to complete discovery, set deadlines for discovery, and for filing motions.*

[ ]  Plan **has been** stipulated to by all parties.

[ ]  Plan **has not been** stipulated to, but is submitted by:_____

_____

**CASE MANAGEMENT TRACK:** Indicate the track that best fits your case. Designation of a track is not binding but will assist the Court in assessing its workload and selecting a trial date and discovery schedule that meets the parties needs.

[ ]  **<u>Expedited Track</u>** - Cases on this track will typically be set for trial approximately 9 to 12 months following the case management conference; take 4 days or less to try; and involve limited discovery.

**LITIGATION PLAN- 3**

[ ]     **Standard Track** - Cases on this track will typically be set for trial approximately 12 to 15 months following the case management conference; and take about 5-10 days to try.

[ ]     **Complex Track** - Cases on this track will typically be set for trial approximately 15 to 24 months following the case management conference; take 10 days or more to try; involve extensive discovery with staggered discovery schedules; and have extensive expert testimony.

[ ]     **Legal Track** - Cases that involve legal issues likely to be resolved by motion rather than trial. A motion hearing will be set if deemed necessary by the Court.

**JOINDER OF PARTIES & AMENDMENT OF PLEADINGS DUE**:_____

**EXPERT TESTIMONY DISCLOSURES: Local Rule 26.2(b)**

Plaintiff identify and disclose expert witnesses/reports due: _____

60 days prior to the discovery due date

Defendant identify and disclose expert witnesses/reports due: _____

30 days after Plaintiff's disclosure

Disclosure of rebuttal expert witnesses/reports, if any, due:_____

2 weeks after Defendant's disclosure

**ALTERNATIVE DISPUTE RESOLUTIONS (ADR) OPTIONS:**

Pursuant to Local Rule 16.1, the parties must meet and confer about (1) whether they might benefit from participating in some form of ADR process, (2) which type of ADR process is best suited to the specific circumstances in their case, and (3) when the most appropriate time would be for the ADR session to be held. Regardless of whether the parties choose mediation, a judicially supervised settlement conference, arbitration, or some other form of ADR, the Court strongly encourages the parties schedule ADR early in the proceedings and in advance of the filing of dispositive motions so as to reduce the cost of litigation.

Check Preference (Local Rule 16.4):

    [ ]    MEDIATION

    [ ]    JUDICIAL SETTLEMENT CONFERENCE

    [ ]    ARBITRATION

    [ ]    OTHER_____

**ADR TO BE HELD BY:**_____

**FINAL DISCOVERY DUE:** _____

    15-30 days prior to the motion filing deadline.

**NON-DISPOSITIVE & DISPOSITIVE MOTIONS DUE**: _____

This is the critical event for case management and will dictate when the trial will be set. Unless the case is resolved through dispositive motions, the case will be set for trial approximately 6 months following this date.

**PROPOSED TRIAL DATES:** The date of the trial will be scheduled at least 6 months following the dispositive motion due date. Unless otherwise ordered, all trials are scheduled to begin on Tuesdays at 9:30 a.m.

First Preference:    _____

Second Preference:    _____

Third Preference:    _____

**ESTIMATED LENGTH OF TRIAL**:_____

**JURY TRIAL:**_____ **BENCH TRIAL:**_____

**LITIGATION PLAN- 5**