UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

GORDON ROCK,

                    Plaintiff,

        v.

HT RECOVER, LLC, et al

                    Defendants.

Case No. 1:15-CV-00211-EJL-REB

**AMENDED ORDER OF
REFERENCE**

   **IT IS HEREBY ORDERED** that ALL NON-DISPOSITIVE MATTERS in the

above case are referred to United States Magistrate Judge Ronald E. Bush.  Judge Bush is

directed to conduct all necessary and proper proceedings pertaining thereto.

   If the matter is a non-dispositive motion, Judge Bush is directed to enter an

appropriate order as to disposition.  A party contending the order is clearly erroneous or

contrary to law shall file written objections with the court within fourteen (14) days.  28

U.S.C  §636(b)(1)(A); Local Rule 72.1.

DATED:  **September 21, 2015**

Honorable Edward J. Lodge
U. S. District Judge

**AMENDED ORDER OF REFERENCE - 1**